IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-48-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JERMAINE RAY LUCAS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's motion to continue his arraignment. For good cause shown, and without objection from the Government, the motion is **GRANTED**, and the arraignment is continued to Judge Flanagan's June 12, 2012 term of court.

The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This 21st day of May 2012.

DAVID W. DANIEL
United States Magistrate Judge